**Georgia W. Mays, appellee, v. Chicago & West Towns Railway Company, appellant. Gen. No. 28,473.**

Action for personal injuries. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed June 11, 1924.

Willard M. McEwen and Berthold L. Goldberg, for appellant. Gustav E. Beerly, for appellee; Ellis S. Chesbrough, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

**Sarah Althausen, appellee, v. Sarah Kohn, appellant. Gen. No. 28,494.**

Bill to foreclose mortgage. Decree for complainant. Appeal from the Circuit Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Affirmed. Opinion filed June 11, 1924.

William Slack, for appellant. Harry C. Diamond, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**Frank Sullivan and Arthur Ware, appellants, v. Sigmond Greenbaum, appellee. Gen. No. 28,503.**

Action to recover deposit made to secure performance of covenants of lease. Order vacating judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Reversed and cause remanded with directions. Opinion filed June 11, 1924.

Eugene C. O'Reilly, for appellants. Samuel J. Richman, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**Walter Zaleski, appellee, v. Teofil Kielbasinski, appellant. Gen. No. 28,506.**

Order denying motion to vacate judgment by confession on judgment note. Appeal from the Municipal Court of Chicago; the Hon. Joel C. Fitch, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Affirmed. Opinion filed June 11, 1924.

Love & Love, for appellant. Joseph F. Elward and Joseph Andrew Lasecki, for appellee.

Mr. Justice Thomson delivered the opinion of the court.